**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**HASSAN J. SAYLES**                                                                  **PLAINTIFF**

**V.**                                  **NO. 1:18CV00020 JLH/PSH**

**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## <u>ORDER</u>

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Hassan J. Sayles' Complaint (Doc. No. 2) is DISMISSED with prejudice.

DATED this 15th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE