IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

HASSAN J. SAYLES                                                                    PLAINTIFF

V.                              NO. 1:18CV00020 JLH/PSH

SOCIAL SECURITY ADMINISTRATION                                  DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 15th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE